United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 06, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33351 |
| SOKONA DIALLO, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| OKECHKWU CHIBUZO ONUOHA, *et al.*, | § | |
| , | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3149 |
| | § | |
| SOKONA DIALLO, | § | |
| | § | |
| Defendant. | § | |

### SCHEDULING AND TRIAL ORDER

The Court issues the following scheduling order, pursuant to the hearing on October 5, 2023.

1. The parties may conduct discovery as needed from now until December 15, 2023.

2. The deadline for motions for summary judgment to be filed is December 1, 2023.

3. Summary judgment responses must be filed within 21 days of the date that a summary judgment motion is filed.

4. Trial will start at 9:00 a.m. on January 22, 2024, in Courtroom 404, 515 Rusk St, Houston, TX 77002.

   SIGNED 10/06/2023

                                          Marvin Isgur
                                  United States Bankruptcy Judge