# United States Bankruptcy Court
## for the Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| In re **Sokona Diallo** | Case No. | **22-33351-H1-7** |
| Debtor(s) | Chapter | **7** |
| **Okechkwu Chibuzo Onuoha** Plaintiff, | | |
| **Sokona Diallo** Defendant. | Adversary No. | **23-03149** |

## DEFENDANT'S LIST OF WITNESSES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The following are the witnesses that Sokona Diallo intends to call and present at trial.

### Witness List

1. Sokona Diallo
   21826 Paril Creek Drive
   Houston, Texas 77073
   Tel: (281) 965-7828
   This witness will testify as to her knowledge regarding facts relating to the issues in this litigation.

2. Okechkwu Chibuzo Onuoha
   c/o Troy J. Wilson
   8019 West Grand Pkwy South, Ste. 144
   Richmond, Texas 77407
   Tel No.:(Unknown)
   This witness will testify as to his knowledge regarding facts relating to the issues in this litigation.

3. Emil R. Sargent
   Attorney at Law
   2855 Mangum Road, Suite A-569
   Houston, Texas 77092
   This witness will testify to his knowledge of reasonable and necessary attorneys fees incurred by the Defendant in this litigation.

4. Any witnesses called by the Plaintiff.

5. All necessary rebuttal witnesses.

1

| | | |
|---|---|---|
| | | Respectfully submitted: |
| Date | **January 14, 2024** | Signature  */s/ Emil R. Sargent* |

**Emil R. Sargent**
TBN: 17648750
Email: law.e@sbcglobal.net
2855 Mangum Road, Ste. A-569
Houston, Texas 77092
713.222.2299 - Telephone
713.222.2478 - Facsimile

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2024, a copy of Defendant's List of Witnesses was served electronically or by regular United States mail; Postage Prepaid or by Email on the following parties:

Troy J. Wilson
Wilson & Associates, PLLC
8019 West Grand Pkwy South, Ste. 144
Richmond, Texas 77407
Email: tjwlaw777@yahoo.com

>*/s/ Emil R. Sargent*
>**EMIL R. SARGENT**