UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE SOKONA DIALLO<br>DEBTOR | §<br>§<br>§ | CASE NO. 22-33351-H1-7 |
| OKECHKWU CHIBUZO ONUOHA<br>PLAINTIFF, | §<br>§<br>§ | ADVERSARY NO. 23-03149 |
| VS. | §<br>§ | |
| SOKONA DIALLO<br>DEFENDANT. | §<br>§<br>§ | |

**PLAINTIFF'S EMERGENCY MOTION FOR CONINUANCE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now, Counsel for Plaintiff in this adversary and shows the court the following in support of this emergency motion for continuance:

(1) This matter is set to resume on February 7, 2024 at 3:00 pm.

(2) Counsel for Plaintiff has been diagnosed with pneumonia on today and despite a couple of hours of treatment, he is told he won't start feeling better for a couple of days;

(3) Counsel has spoken to opposing counsel and he is not opposed to this motion;

(4) Plaintiff asks for a reset of this matter at least one week to allow his counsel to recover;

Wherefore premises considered, plaintiff prays the court to grant this motion for continuance.

|  |  |
|---|---|
| | Respectfully submitted: |
| Date February 6, 2024 | \S\ Troy J. Wilson |
| | Troy J. Wilson |
| | Wilson & Associates, PLLC |
| | 8019 West Grand Pkwy South, Ste. 144 Richmond, Texas 77407 |
| | Email: tjwlaw777@yahoo.com |
| | SBOT # 00786356 |

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of Plaintiff's Emergcncy Motion for Continuance was served electronically or by regular United States mail; Postage Prepaid or by Email on the following parties:

>Emil R. Sargent
>Email: law.e@sbcglobal.net
>2855 Mangum Road, Ste. A-569
>Houston, Texas 77092
>713.222.2299 - Telephone
>713.222.2478 - Facsimile
>Attorney for Defendant

/s/ Troy J Wilson